IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALPHONCY DANGERFIELD,

    Plaintiff,

  v.

Case No. 18-cv-737-jdp

DAVID EWING, KELLI WILLARD
WEST, GARY BOUGHTON, CATHY
JESS AND JAMES SCHWOCHERT ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 01/08/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |